UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROGELIO GUERRERO, JR. | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:24:CV- 6 |
| | § | |
| NABOR GERMAN ALARCON AND | § | |
| NABOR GERMAN ALARCON DBA | § | |
| GERMAN TRUCKING | § | |
| *Defendants* | § | |

## NABOR GERMAN ALARCON AND NAROR GERMAN ALARCON DBA GERMAN TRUCKINGS' NOTICE OF REMOVAL

Comes now Defendants NABOR GERMAN ALARCON AND NABOR GERMAN ALARCON DBA GERMAN TRUCKING ("Defendants") and pursuant to 28 U.S.C. §§ 1441 and 1446, file this Notice of Removal to the United States District Court for the Southern District of Texas, Victoria Division, and respectfully shows the Court the following:

### Procedural Background

1. This suit arises out of an incident that Plaintiff alleges occurred on December 13, 2023. Plaintiff asserts causes of action for Negligence of Defendant Nabor German Alarcon, Negligence Entrustment against Defendant German Trucking, Negligence of Defendant German Trucking, Negligent Hiring, Training, Supervision and Retention by Defendant German Trucking against Defendants.

2. On January 29, 2024 Plaintiff filed suit against Defendants in the 24th Judicial District Court of Jackson County, Texas. Defendants were served with notice of the suit on March 2, 2024. *See* Exhibit 1.

3. This removal is filed within thirty (30) days of service upon Defendants, and is therefore timely filed pursuant to 28 U.S. C. § 1446(b).

4. The United States District Court for the Southern District of Texas, Victoria Division, is the district

and division embracing the place where such action is pending. *See* 28 U.S.C. § 1446(a).

5. Defendants have given written notice of the filing of this Notice of Removal to all parties of record and to the Clerk of the District Court in Jackson County, Texas.

6. Pursuant to 28 U.S.C. § 1446, documents filed in the state court action are attached to this Notice of Removal and are incorporated herein by reference.

7. Defendants expressly reserve the right to raise all defenses and objections to Plaintiff's claims or to otherwise plead after the action is removed to this Honorable Court.

**Removal Based on Diversity Jurisdiction**

8. This Court has jurisdiction based on 28 U.S.C. § 1332(a)(1) in that "the matter in controversy exceeds the sum of value of $75,000, exclusive of interest and costs, and is between citizens of different states." Plaintiff seeks recovery of damages in the form of monetary relief over $1,000,000. Exhibit 2. Plaintiff's original Petition paragraph 19. As such the amount in controversy exceeds the jurisdictional amount.

9. Plaintiff alleges that he is an individual residing in Hidalgo County, Texas, Exhibit 2, paragraph 1. Plaintiff is a citizen of the state of Texas.

10. Defendant Nabor German Alarcon dba German Trucking is a foreign company with its principal place of business in Riverside, California.

11. The court has original jurisdiction over this action as there exists complete diversity of citizenship between the parties, and the amount in controversy exceeds the jurisdictional amount of $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a). Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a).

**Jury Demand**

12. Defendants demand a jury on all triable issues pursuant to Federal Rules of Civil Procedure 38

and 81 (c).

**WHEREFORE, PREMISES CONSIDERED,** Defendants NABOR GERMAN ALARCON AND NABOR GERMAN ALARCON DBA GERMAN TRUCKING pray that this court accept their Notice of Removal for filing in accordance with the provisions of 28 U.S.C. § 1441, et seq., and grant other relief to which the Defendants may be justly entitled.

>Respectfully submitted,
>RAY PEÑA McCHRISTIAN
>9601 McAllister, Suite 901
>San Antonio, Texas 78216
>Toll Free:  (866) 832-7227
>Telephone:  (210) 341-3554
>Facsimile:  (210).341-3557
>Email:  mlair@raylaw.com

By: _____
R. MATT LAIR
State Bar No.: 11795410
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered, in the required manner, to all counsel of record in accordance the applicable Rules of Civil Procedure on March 21, 2024.

**Via E-Serve/Via Email:**
Tijerina Legal Group, PC
Derek I. Salinas
1200 S. 2nd Street, Suite 4A
McAllen, TX 78501
TijerinaLit@tlegalgroup.com

_____
R. MATT LAIR

3