Case 6:24-cv-00006   Document 15   Filed on 03/31/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROGELIO GUERRERO JR., | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 6:24-CV-00006 |
| NABOR GERMAN ALARCON, *et al.*, | | |
| Defendants. | | |

## **FINAL JUDGMENT**

Pursuant to the parties' Stipulation of Dismissal (D.E. 14), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 31, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE